JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERIC BURRELL MIMMS, | Case No. EDCV 18-0784-JPR |
| Plaintiff, | **JUDGMENT** |
| v. | |
| NANCY A. BERRYHILL, Acting Commissioner of Social Security, | |
| Defendant. | |

For the reasons set forth in the accompanying Memorandum Decision and Order, it is hereby ADJUDGED that (1) Plaintiff's request for an order remanding the case is DENIED; (2) the Commissioner's request for an order affirming her final decision and dismissing the action with prejudice is GRANTED; and (3) judgment is entered in the Commissioner's favor.

DATED: June 28, 2019    _____
                          JEAN ROSENBLUTH
                          U.S. MAGISTRATE JUDGE